An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN FRANCIS ARPINO,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63265

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition entitled "plea for intervention." Petitioner contends that Judge Lidia Stiglich and Judge Patrick Flanagan were biased and colluded to deny him his right to a speedy trial. He asks this court to direct Judge Flanagan to recuse himself from petitioner's criminal proceedings and requests that his conviction be dismissed or reversed. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.020. A challenge to the validity of a judgment of conviction may be raised on direct appeal or in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1]

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRAP 4(b) or NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21619

NRAP 3(a); NRAP 4(b)(1)(A); NRS 34.724(2)(a), (b); NRS 34.738(1).
Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Lidia Stiglich, District Judge
     Hon. Patrick Flanagan, District Judge
     Scott Edwards, Esq.
     John Francis Arpino
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk